SERVICE OF PROCESS

PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2254

Civil Action No. 07-423

The defendant listed on the Return Receipt Card below was served by certified mail, return receipt requested on the date indicated on the card.



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ 1.82
Certified Fee 2.65
Return Reciept Fee (Endorsement Required) 2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 6.62

Sent To: WARDEN TOM CARROLL   07-423
DELAWARE CORRECTIONAL CENTER   GMS
Street, Apt No. or PO Box No. 1181 PADDOCK RD.
City, State SMYRNA, DE 19977

PS Form 3800, June 2002     See Reverse for Instructions

7003 1680 0002 2585 9394

FILED
AUG 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE