SERVICE OF PROCESS

PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2254

Civil Action No. 07-423

The defendant listed on the <u>Return Receipt Card</u> below was served by certified mail, return receipt requested on the date indicated on the card.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.82 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.62 |

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

PS Form 3800, June 2002       See Reverse for Instructions

7003 1680 0002 2585 9400

FILED
AUG 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE