## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TYRONE BROOKINS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-423-GMS |
| | ) | |
| **ELIZABETH BURRIS**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents.[1] | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE
## CERTIFIED STATE COURT RECORDS

1.      The petitioner, Tyrone Brookins, has applied for federal habeas relief, alleging two points of error in his State court proceedings.  D.I. 1.  By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's case.

2.      Due to the large caseload of prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer.  Given the upcoming holiday schedule, the undersigned anticipates that the necessary records should be available on or before December 21, 2007.

3.  This is respondents' first motion for an extension to file certified state court records.

---

[1] *See* Fed.R.Civ.P. 25(d)(1).  Elizabeth Burris was named Acting Warden, effective September 1, 2007.

4.      Respondents submit that an extension of time to December 21, 2007 in which to file certified copies of the material portions of the state court records in this case is reasonable.  Respondents submit herewith a proposed order.

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: November 20, 2007

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the

petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Kevin M. Carroll
Deputy Attorney General


Counsel for Respondents


Date: November 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the attached

documents with the Clerk of Court using CM/ECF. I also hereby certify that on

November 20, 2007, I have mailed by United States Postal Service, the same documents

to the following non-registered participant:

> Tyrone Brookins
> No. 128849
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Date: November 20, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TYRONE BROOKINS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-423-GMS |
| ) | |
| **ELIZABETH BURRIS**, Acting Warden ) | |
| and **JOSEPH R. BIDEN, III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

## ORDER

This _____day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file

certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made

and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before

December 21, 2007.


                                                    _____
                                                    United States District Judge