## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TYRONE BROOKINS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-423-GMS |
| | ) | |
| **ELIZABETH BURRIS**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents.[1] | ) | |

### NOTICE OF FILING OF STATE COURT RECORDS

1.  Notice is hereby given that certified copies of the following Delaware Supreme Court documents in *Brookins v. State*, 922 A.2d 389 (Del. 2007) have been filed and are available in paper form only.

    a.  Appellant's Opening Brief and Appendix (No. 306, 2006)

    b.  State's Answering Brief and Appendix (No. 306, 2006)

2.  Notice is also given that certified copies of the following Delaware Supreme Court documents in *Brookins v. State*, No. 384, 1999 have been filed and are available in paper form only.

    a.  Appellant's Opening Brief

    b.  State's Motion to Affirm

    c.  Order (Oct. 14, 1999)

---

[1] *See* Fed.R.Civ.P. 25(d)(1).  Elizabeth Burris was named Acting Warden, effective September 1, 2007.

3.  Counsel has been unable to retrieve Mr. Brookins'  Superior Court records.
Counsel now anticipates that certified copies of these documents should be filed by
counsel on or before January 18, 2008.

4.  In accordance with Rule 7.1.1., I hereby certify that I have neither sought nor
obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the
subject matter of this request.

5.  Counsel submits that an extension of time to and including January 18, 2008 to
file the certified copies of Superior Court documents is reasonable.  Respondents submit
herewith a proposed order

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: December 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the attached

documents with the Clerk of Court using CM/ECF. I also hereby certify that on

December 21, 2007, I have mailed by United States Postal Service, the same documents

to the following non-registered participant:

>Tyrone Brookins
>No. 128849
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/ Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  December 21, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **TYRONE BROOKINS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-423-GMS |
| | ) | |
| **ELIZABETH BURRIS**, Acting Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file

certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made

and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before

January 18, 2008.

_____
United States District Judge