IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TYRONE BROOKINS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 07-423-GMS |
| | ) |
| **ELIZABETH BURRIS**, Warden | ) |
| and **JOSEPH R. BIDEN, III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents.[1] | ) |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents in *Brookins v. State*, No. 386, 1985 have been filed and are available in paper form only.

    a. Appellant's Opening Brief

    b. Appellee's Answering Brief

    c. Order (May 1, 1986)

/s/ Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836

DATE: December 21, 2007

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Elizabeth Burris was named Acting Warden, effective September 1, 2007.

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 21, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

      Tyrone Brookins
      No. 128849
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

      /s/ Kevin M. Carroll
      Deputy Attorney General
      Department of Justice
      820 N. French Street
      Wilmington, DE 19801
      (302) 577-8500
      Del. Bar. ID No. 4836
      Kevin.Carroll@state.de.us

Date: December 21, 2007