IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TYRONE BROOKINS,
Petitioner,

v. Civ. Act. No. 07-423-GMS

ELIZABETH BURRIS, Warden
and JOSEPH R. BIDEN, III, Attorney
General for the State of Delaware

PETITIONER'S TRAVERSE
to
ANSWER




## I. Custody

Petitioner agrees that he is in custody as stated in paragraph one of the Answer. Petitioner claims that he is not "lawfully" in custody because of the violations of his rights under the U.S. Constitution that are alleged in the petition for writ of habeas corpus and herein. Except as expressly admitted herein, Petitioner denies each and every allegation of the Answer and re-affirms that his confinement is in violation of the Constitution.

## II. Procedural Default

Petitioner's federal habeas corpus advanced two claims:

(a) Superior Court should have granted the Public Defender's motion for a default judgment when prosecutors failed to timely file a response to the section 4504 motion for a new trial or to timely request an extension of time in which to file the response; and (b) the state courts should have granted the section 4504 motion for a new trial.

The Petitioner agrees that these two claims were presented to the state supreme court in his appeal from the denial of his motion for a new trial, therefore Petitioner has exhausted state remedies. See Smith v. Digmon, 434 U.S. 332 (1978). Howevee, Petitioner denies that his petition fails to make out any claim for relief.

III. Standard of Review

Petitioner agrees with the Answer, in order to prevail in this action, he most show that the state court decision in his case was either contrary to or unreasonably applied US Supreme Court precedent. 28 U.S.C.S 2254(d). Petitioner alleges that, applying this standard, the state court decision denying him relief was contrary to or constitutes an unreasonable application of federal law as determined by the U.S. Supreme Court. Futher, Petitioner alleges that the state court decision is based on an unreasonable determination of the facts that is rebutted by clear and convincing evidence in the record.

Petitioner alleges that the state court failed to identify and apply the controlling U.S. Supreme Court decision(s), and that the State Court decision denying relief is therefore contrary to federal law as held by the U.S. Supreme Court.

V. Incorporation by Reference

Petitioner incorporates by reference the petition For Writ of Habeas Corpus. Pursuant to Rule 5 of the Rules Governing Section 2254 Actions, the petitioner may submit a Reply to the respondents answer within a time fixed by the Judge. The respondents filed Certified State Court Records on or before December 21, 2007. Petitioner submits to the Judge a request to Reply to the respondents answer within a time fixed by the Judge. Petitioner anticipates that he should be able to file Petitioner's Points and Authorities in support of Traverse on or before March 7, 2008. He will also incorporate all supporting documents, including the supporting Exhibits.

VI. Prayer for Relief

WHEREFORE, for the reasons set forth herein and in the documents incorporated by reference, Petitioner respectfully requests that the Court:

(1) Grant his Request to reply to the respondents answer within a time fixed by the Judge; and/or

(2) Grant all other appropriate Relief.

Dated: 1/21/08

[signature]

Tyrone Brookins, SBI # 128849
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

I, Tyrone Brookins, hereby certify that I have served a true And correct cop(ies) of the attached: Petitionee's Traverse to Answee upon the following parties/person (s):

TO: Kevin M. Carroll
Deputy Attoeney General
DOJ
820 N. French St
Wilmington, DE 19801

TO:

TO:

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 21st day of January, 2008

[signature]

I/M Mr. Tyrone Brookins
SBI# 128849 UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 JAN 2008 PM 1 L

41 USA

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801

19801+3519