IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Tyrone Brookins,                )
                                )
        Petitioner,              )
                                )
    v.                           )    Civil Action No. 07-423-GMS
                                )    Federal Habeas Corpus proceeding
                                )    28 U.S.C. § 2254
Elizabeth Burris      , et al,  )
                                )
                                )
        Respondent.              )

MOTION FOR APPOINTMENT OF COUNSEL

Petitioner Tyrone Brookins pursuant to 28 U.S.C. § 1915(d), request this court to appoint counsel to represent any indigent person who is unable to employ counsel in the above-entitled action for the following reasons:

In determining whether to appoint counsel for habeas corpus petitioner, the district court of Delaware must first decide if petitioner has presented nonfrivolous claims and if appointment of counsel will benefit petitioner and court; factors influencing court's decision including complexity of factual and legal issues in case, as well as pro se petitioner's ability to investigate facts and present claims. See 18 U.S.C. § 3006A (g); *Reese v. Fulcomer*, 946 F.2d 247 (3d Cir. 1991).

*Pro se* petitioners have no automatic constitutional or statutory right to representation in a federal habeas proceeding. See *Coleman v. Thompson*, 501 U.S. 722, 752, 111 S.Ct. 2546, 115 L.Ed.2d 640 (1991); *Reese v. Fulcomer*, 946 F.2d 247, 263 (3d Cir. 1991); *United States v. Roberson*, 194 F.3d 408, 415 n.5 (3d Cir. 1999); *Kirk v. Carroll*, 243 F.Supp2d 125, 144 (D.Del. 2003).

A court may, however, seek representation by counsel for a petitioner "upon a showing of special circumstances indication the likelihood of substantial prejudice to [petitioner] resulting ... from [petitioner] probable inability without such assistance to present the facts and legal issues to the court in a complex but arguable meritorious case." *Tabron v. Grace*, 6 F.3d 147, 154 (3d Cir. 1993) (citing *Smith-Bey v. Petsock*, 741 F2d 22, 26 (3d Cir. 1984)); 18 U.S.C. § 3006A (a) (2) (B) (representation by counsel may be provided when a court determines that the "interests of justice so require"); *Kostyshyn v. Kearney*, 386 F.Supp.2d 589, 593 (D.Del. 2005).

In support of this motion, the plaintiff avers the following:

1. The petitioner avers that counsel can perform a valuable function benefiting both the court and the petitioner;

2. The petitioner avers that the issues raised can be more clearly identified if both sides have the benefit of trained legal personnel;

3. The petitioner avers that the presence of counsel at the prehearing conference may help to expedite the evidentiary hearing or make it unnecessary;

4. The petitioner avers that counsel will be able to make better use of available prehearing discovery procedures;

5. The petitioner does not have the ability to present his own case;

6. The petitioner is unskilled in the law and the complexity of factual and legal issues presented in this case is beyond petitioner's abilities to pursue an effective investigation to present the claims;

7. The petitioner can not attain and afford counsel on his own behalf;

8. Appointment of counsel would serve "the best interest of justice "in this case. See Rule 8(c) of the Rules Governing Section 2254 Cases.

9.  The petitioner claims do provide a basis for federal habeas review because he is actually innocence of this crime. If this Honorable Court Refuses to hear his claim, petitioners due process Rights will be violated.

For the foregoing reasons, the plaintiff has provided the court with sufficient foundation for the court to appoint counsel in this case.

Dated: 3/19/08

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Tyrone Brookins,          )
                          )
       Petitioner,        )
                          )
v.                        )   Civil Action No. 07-423-GMS
                          )   Federal Habeas Corpus proceeding
                          )   28 U.S.C. § 2254
Elizabeth Burris, et al,  )
                          )
                          )
       Respondent         )

ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,

20___, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS

BEEN READ AND CONSIDERED:

IT IS ORDERED THAT THE MOTION IS HEREBY _____.

_____
United States District Court Judge

# Certificate of Service

I, __Tyrone Brookins__, hereby certify that I have served a true
And correct cop(ies) of the attached: __Motion For Appointment of Counsel__ upon the following parties/person (s):

TO: Kevin M. Carroll
Deputy Attorney General
D.O.J.
820 N. French St.
Wilmington, DE. 19801

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __19th__ day of __March__, 200__8__

I/M Tyrone Blakins
SBI# 128849   UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1997

X-RAY

Legal Mail
3-26-08

Office of The Clerk
United States District Court
844 N. King Street Lockbox #18
Wilmington D.E.
19801